**F I L E D**
CLERK, U.S. DISTRICT COURT

8/16/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VAV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANKLIN ALEXANDER MARTINEZ,<br><br>　　　　Defendant. | CR No.　2:22-cr-00375-JFW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about October 19, 2021, in Los Angeles County, within the Central District of California, defendant FRANKLIN ALEXANDER MARTINEZ knowingly possessed ammunition, namely, three rounds of Winchester .40 caliber ammunition and one round of PMC .40 caliber ammunition, that were loaded within a Glock, Model BLK, .40 caliber handgun with no serial number (commonly referred to as a "ghost gun"), in and affecting interstate and foreign commerce.

Defendant MARTINEZ possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1)  Taking a Vehicle Without Consent, in violation of California Penal Code Section 10851(a), in the Superior Court for the State of California, County of Los Angeles, Case Number BA440969, on or about December 10, 2015;

(2)  Taking a Vehicle Without Consent, in violation of California Penal Code Section 10851(a), in the Superior Court for the State of California, County of Los Angeles, Case Number BA448066, on or about July 8, 2016;

(3)  Taking a Vehicle Without Consent, in violation of California Penal Code Section 10851(a), in the Superior Court for the State of California, County of Los Angeles, Case Number BA454945, on or about April 13, 2017;

(4)  Taking a Vehicle Without Consent, in violation of California Penal Code Section 10851(a), in the Superior Court for the State of California, County of Los Angeles, Case Number BA480957, on or about September 16, 2019; and

(5)  Fleeing From a Peace Officer in a Vehicle, in violation of California Penal Code Section 2800.2, in the Superior Court for the State of California, County of Los Angeles, Case Number BA491759, on or about February 19, 2021.

1                             FORFEITURE ALLEGATION

2               [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

3       1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4 Procedure, notice is hereby given that the United States of America

5 will seek forfeiture as part of any sentence, pursuant to Title 18,

6 United States Code, Section 924(d)(1), and Title 28, United States

7 Code, Section 2461(c), in the event of the defendant's conviction of

8 the offense set forth in this Indictment.

9       2.    The defendant, if so convicted, shall forfeit to the United

10 States of America the following:

11           (a)   All right, title, and interest in any firearm or

12 ammunition involved in or used in such offense; and

13           (b)   To the extent such property is not available for

14 forfeiture, a sum of money equal to the total value of the property

15 described in subparagraph (a).

16       3.    Pursuant to Title 21, United States Code, Section 853(p),

17 as incorporated by Title 28, United States Code, Section 2461(c), the

18 convicted defendant shall forfeit substitute property, up to the

19 value of the property described in the preceding paragraph if, as the

20 result of any act or omission of the defendant, the property

21 described in the preceding paragraph or any portion thereof (a)

22 cannot be located upon the exercise of due diligence; (b) has been

23 transferred, sold to, or deposited with a third party; (c) has been

24 placed beyond the jurisdiction of the court; (d) has been

25 //

26 //

27

28

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/

_____

Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

JULIA HU
Assistant United States Attorney
Major Frauds Section